STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant William Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> v. <br><br> **William Sandoval**, <br><br> Defendant. | No. 13cr038-SI <br><br> ~~[Proposed]~~ **Order Continuing Sentencing Date** |

For the reasons stated above, the Court continues the sentencing date from November 7, 2013, to December 6, 2013.

SO ORDERED.

DATED:___10/28/13___      _____
                          **THE HONORABLE SUSAN ILLSTON**
                          United States District Judge

Order, 13cr038-SI                    1